FILED IN OPEN COURT
ON 11/7/18 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-149-FL

UNITED STATES OF AMERICA :
:
v. :
:
MICHAEL THOMAS LEWANDOWSKI :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on May 16, 2018, the following property is hereby forfeitable pursuant to 18 U.S.C. § 2253:

**Personal Property**

1) A Lenovo Laptop with serial number P20070YW, 2) A Dell Inspiron 1100 laptop with serial number 4SCFF31, 3) A Seagate 500GB Thin hard drive, 4) A Toshiba 30GB hard drive, and 5) Accompanying power cords; and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to 21 U.S.C. § 853(g);

WHEREAS, in accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the property forfeited is worth less than $1,000. In this matter,

1

the defendant's interest having already been forfeited and no other potential claimants being known, no direct notice need be provided;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the property forfeited in this action.

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant MICHAEL THOMAS LEWANDOWSKI and other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That in accordance with Supplemental Rule G(4)(i)(A), the Government need neither publish notice nor provide direct

notice, as the property is worth less than $1,000 and no other owners or interested parties have been identified.

SO ORDERED. This 7th day of November, 2018.

LOUISE W. FLANGAN
United States District Judge